**Law Offices of Les Zieve**
Mike Aleali, Esq., (CA Bar # 285874)
Hadi R. Seyed-Ali, Esq. (CA Bar # 254888)
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: 714-848-7920
Fax: 714-908-7836

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2,<br><br>        Plaintiff,<br><br>    vs.<br><br>CYNDI L STAAB, JAY R STAAB, and Does 1 through 5, inclusive,<br><br>        Defendants. | Case No.: 5:15-CV-01357-JVS-SP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND CASE AND REQUEST FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: December 9, 2015 |

On December 9, 2015, the court entered its ruling on the pleadings after receiving no opposition from Defendants Cyndi L. Staab or Jay R. Staab to Plaintiff's Motion to Remand Case to State Court and Request for Attorney's Fees and Costs.

Having read and considered the moving papers and supporting paperwork, including the Declaration of Mike Aleali, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1     Plaintiff's Motion to Remand the Case is GRANTED. The December 21, 2015 motion
2 hearing and Rule 26(f) Scheduling Conference are hereby vacated. It is also ordered that
3 Plaintiff is entitled to reasonable attorney's fees and costs in the sum of $1,500.00.

December 23, 2015

*[signature]*

United States District Judge

4

5

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Judge

-2-
[PROPOSED] ORDER